U.S. Department of Justice



United States Attorney
District of New Jersey

970 Broad Street, Suite 700     *general number*: (973) 645-2700
Newark, New Jersey 07102     *telephone*: (973) 645-2736
*e-mail* david.simunovich@usdoj.gov

November 1, 2024

**Via Email & ECF**
The Hon. Robert Kirsch
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *U.S. ex rel. Toellner v. Apogee Bio-Pharm Corp. et al.*,
              Civil Action No. 18-13640

Dear Judge Kirsch:

       On behalf of all parties, the Government submits this joint status report as required by the Court's Order, entered on May 1, 2024 (ECF Doc. No. 28).

       By way of background, this is an action under the *qui tam* provisions of the False Claims Act, which permits a private party, called the "relator," to institute a lawsuit to recover damages allegedly suffered by the United States due to fraud. Here, Relator filed a *qui tam* complaint on September 4, 2018. Relator's complaint names two groups of Defendants: (i) Apogee Bio-Pharm Corporation and Apogee Bio-Pharm LLC (together, the "Apogee Defendants") and (ii) Family Care Investments LLC d/b/a Value Pharmacy (the "Value Defendants"). In his *qui tam* complaint, relator alleges that the defendants made, or caused to be made, thousands of false claims for payment to the federal Medicare program for prescription topical pain creams. The Government conducted both criminal and civil investigations into the Apogee Defendants and the Value Defendants.

       On May 1, 2024, on the Government's application, the Court issued an Order that partially lifted the seal and stayed these proceedings until 60 days after the completion of the criminal prosecution in *United States v. Welwart, et al.*, Crim. No. 23-726 (ES) (D.N.J.). The Court also directed the parties to submit a joint status update by November 1, 2024.

       With respect to the Apogee Defendants, individuals who owned or controlled those companies—namely, Ethan Welwart, William Welwart, and Elan Yaish— were charged by criminal complaint in September 2020. After plea negotiations proved unsuccessful, Ethan and William Welwart (along with a former Apogee

employee, Gary Kaczka) were indicted on September 12, 2023 on charges including health care fraud. *See United States v. Welwart et al.*, Crim. No. 23-726.

With respect to the Value Defendants, the Government continues to engage in settlement discussions with defense counsel on an ability to pay basis.[1] As part of those discussions, the Value Defendants have furnished information requested by the Government and DOJ financial analysts are actively reviewing that information. We expect that analysis to be substantially complete within the next several weeks. Once that analysis is complete, the Government will be prepared to make a formal settlement demand.

Thank you for your attention to this matter.

Respectfully submitted,

VIKAS KHANNA
Attorney for the United States[2]

By: */s/ David V. Simunovich*
DAVID V. SIMUNOVICH
Assistant United States Attorney

*Attorneys for the United States*

cc: Joseph Callow, Esq. (*via email*)
Vicki Podberesky, Esq. (*via email*)
Lee Vartan, Esq. (*via email*)

---

[1] Unlike traditional settlement discussions, in which the Government and defense counsel attempt to resolve a dispute based on a measure of damages, an ability to pay resolution is tied to a defendant's financial condition. That, in turn, requires comprehensive financial disclosures by the defendant and a detailed analysis by the Government.

[2] Acting pursuant to authority conferred by 28 U.S.C. § 515.